THE WESBROOKS LAW FIRM, PLLC
MARK WESBROOKS
State Bar No. 018690
15396 N. 83rd Ave., Ste. C-100
Peoria, Arizona 85381
Direct: (602) 262-0390
Fax: (888) 477-5598
FOR THE DEBTORS in each case

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | Chapter 13 |
|---|---|
| CATHERINE ANNE WILLIAMSON, | Case No: 2:15-bk-15653-PS |
| Debtor. | |

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | Chapter 13 |
|---|---|
| ROBERT LANCASTER WILLIAMSON, III, | Case No: 2:16-bk-00788-EPB |
| Debtor. | |

NOTICE OF HEARING DEBTORS' MOTION TO CONSOLIDATE CHAPTER 13 CASES

NOTICE IS HEREBY GIVEN that a hearing on the Debtors' Motion to Consolidate Chapter 13 Cases ("Motion") will be held on September 13, 2016, at 11:00 A.M., in the Courtroom of the Honorable Paul Sala, at 230 N. First Ave., 6th Floor, Courtroom 601, Phoenix, Arizona 85003. A

copy of the Motion and the any responsive pleadings are on filed and available for review with the Clerk, United States Bankruptcy Court.

Any responses thereto must be in writing and filed prior to the hearing, with the Clerk, U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, with a copy served on the United States Trustee, 230 N. First Avenue, Phoenix, Arizona 85003, and Debtor's counsel, Mark Wesbrooks, 15396 N. 83rd Avenue, Ste. C100, Peoria, Arizona 85381 (Fax No. 888-477-5598).

**RESPECTFULLY SUBMITTED,** this 1st day of September 2016.

                **THE WESBROOKS LAW FIRM, PLLC**


                **By**: /s/MW019690
                 **Mark Wesbrooks**
                 **State Bar No. 018690**
                 Direct: (602) 262-0390
                 Facsimile: (602) 297-6580

ORIGINAL filed via ECF with
COPY of the foregoing
Via ECF Procedures same date:

Russell Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, Arizona   85012-1965

Edward J. Maney, Trustee
101 North First Avenue
Suite 1775
Phoenix, AZ 85003

Notice was electronically mailed to:

RUSSELL BROWN
ecfmailclient@ch13bk.com

EDWARD J. MANEY
courtecf@maney13trustee.com

DAVID WINTHROP COWLES on behalf of Creditor JPMORGAN CHASE BANK NA
dwc@tblaw.com, gxh@tblaw.com;ecf@tblaw.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

HELEN ELIZABETH WELLER on behalf of Creditor Dallas County
beth.weller@publicans.com

NANCY J MARCH on behalf of Creditor Victoria Gunvalson
nmarch@fclaw.com, sgarcia@fclaw.com

LEONARD J. MCDONALD, JR. on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
ecf@tblaw.com


COPIES of the foregoing mailed
this 1st day of September, 2016, to all
Creditors and interested parties
as set forth on the Court's official
BRASS list


By: MW018690

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:15-bk-15653-PS<br>District of Arizona<br>Phoenix<br>Mon Aug 22 11:25:58 MST 2016 | SunTrust Mortgage Inc.<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| AMERICAN EXPRESS<br>P.O. BOX 297879<br>Fort Lauderdale FL 33329-7879 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION FIELD 1011<br>1600 W MONROE 7TH FLOOR<br>Phoenix AZ 85007-2612 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cbna/SEARS<br>Po Box 6283<br>Sioux Falls SD 57117-6283 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | IRS<br>P O BOX 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>David W. Cowles<br>2525 E. Camelback Rd, Ste 700<br>Phoenix, AZ 85016-4229 |
| Jpm Chase<br>Po Box 24696<br>Columbus OH 43224-0696 | Mcydsnb<br>9111 Duke Blvd<br>Mason OH 45040-8999 | Midland Funding, LLC<br>PO Box 2011<br>Warren MI 48090-2011 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rui Credit Services In<br>1305 Walt Whitman Rd Ste<br>Melville NY 11747-4849 | SunTrust Mortgage, Inc.<br>Bankruptcy Department RVW 3034<br>PO Box 27767 Richmond, VA 23261 |
| Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond VA 23224-2245 | Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering OH 45420-1469 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| ZWICKER & ASSOCIATES, P.C.<br>1225 W. WASHINGTON STREET, STE. 110<br>Tempe AZ 85281-1237 | CATHERINE ANNE WILLIAMSON<br>2272 S. MCCLELLAND PL.<br>CHANDLER, AZ 85286-7632 | MARK WESBROOKS<br>THE WESBROOKS LAW FIRM, PLLC<br>15396 N. 83RD AVE.<br>STE C-100<br>PEORIA, AZ 85381-5627 |
| RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                          Elan Financial Service              Portfolio Recovery Associates, LLC
Po Box 982238                       777 E Wisconsin Ave                 POB 12914
El Paso TX 79998                    Milwaukee WI 53202                  Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMORGAN CHASE BANK NA           End of Label Matrix
                                    Mailable recipients    24
                                    Bypassed recipients     1
                                    Total                  25
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:16-bk-00788-EPB<br>District of Arizona<br>Phoenix<br>Mon Aug 22 11:24:39 MST 2016 | Dallas County<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy<br>#1000<br>dallas, tx 75207-2328 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| ADT<br>PO BOX 650485<br>Dallas TX 75265-0485 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | ANITA RENNER<br>12224 E. BIRCHWOOD PLACE<br>Chandler AZ 85249-5134 |
| ARDEN PARK HOA<br>PO BOX 60668<br>Phoenix AZ 85082-0668 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION FIELD 1011<br>1600 W MONROE 7TH FLOOR<br>Phoenix AZ 85007-2612 | Allied Collection Serv<br>3080 S Durango Dr Ste 20<br>Las Vegas NV 89117-9193 |
| Amex<br>Po Box 297871<br>Fort Lauderdale FL 33329-7871 | BAILUS COOK & KELESIS, LTD<br>517 SOUTH 9TH STREET<br>Las Vegas NV 89101-7010 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| CBNA/SEARS<br>PO BOX 6283<br>Sioux Falls SD 57117-6283 | California Business Bu<br>4542 Ruffner St Ste 160<br>San Diego CA 92111-2238 | California Business Bureau<br>1711 S Mountain Ave<br>Monrovia CA 91016-4256 |
| Chase<br>P.O. Box 15298<br>Wilmington DE 19850-5298 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 | DALLAS COUNTY TAX ASSESSOR<br>PO BOX 139066<br>Dallas TX 75313-9066 |
| DESCIACCA GLASSWARE 1 SOURCE<br>81 W. BOSTON<br>Chandler AZ 85225-7801 | Dallas County<br>Linebarger, Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N. Stemmons Frwy Suite 1000<br>Dallas, TX 75207-2328 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| HOSPITAL H SAN JOSE DEL CABO<br>CARRETERA TRANSPENISULAR KM 24.5,<br>FRACCION C-1, COL. CERRO COLORADO,<br>SAN JOSE DEL CABO, B.C.S., CP 23406 | IRS<br>P O BOX 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>Leonard McDonald<br>Seventh Floor Camelback Esplanade II<br>2525 E. Camelback Rd,<br>Phoenix, AZ 85016-4219 |
| Jpm Chase<br>Po Box 24696<br>Columbus OH 43224-0696 | LAW OFFICE OF HAYES & WELSH<br>199 N. ARROYO GRANDE BLVD. SUITE 200<br>Henderson NV 89074-1609 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. STEMMONS FREEWAY, STE. 1000<br>Dallas TX 75207-2328 |
| MCYDSND<br>9111 DUKE BLVD<br>Mason OH 45040-8999 | NET REP MARKETING<br>840 S. RANCHO DRIVE<br>SUITE 4316<br>Las Vegas NV 89106-3837 | Neighborhood Credit Un<br>Po Box 224444<br>Dallas TX 75222-4444 |

| | | |
|---|---|---|
| RUI CREDIT SERVICES INC<br>1305 WALT WHITMAN ROAD<br>Melville NY 11747-4849 | STAN JOHNSON-COHEN/JOHNSON, LLC<br>255 E. WARM SPRINGS ROAD<br>Las Vegas NV 89119-4275 | Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond VA 23224-2245 |
| Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering OH 45420-1469 | TATE & KIRLIN ASSOCIATES<br>2810 SOUTHAMPTON ROAD<br>Philadelphia PA 19154-1207 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| VICTORIA GUNVALSON<br>c/o LAW OFFICE OF HAYES & WELSH<br>199 N. ARROYO GRANDE BLVD. SUITE 200<br>Henderson NV 89074-1609 | Victoria Gunvalson<br>c/o Nancy J. March<br>Fennemore Craig, P.C.<br>One S. Church Ave., Ste. 1000<br>Tucson, AZ 85701-1627 | ZWICKER & ASSOCIATES, P.C.<br>1225 W. WASHINGTON STREET, STE. 110<br>Tempe AZ 85281-1237 |
| EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003-1927 | MARK WESBROOKS<br>THE WESBROOKS LAW FIRM, PLLC<br>15396 N. 83RD AVE.<br>STE C-100<br>PEORIA, AZ 85381-5627 | ROBERT LANCASTER WILLIAMSON III<br>2272 S. MCCLELLAND PLACE<br>CHANDLER, AZ 85286-7632 |
| Victoria Gunvalson<br>c/o Fennemore Craig, P.C.<br>Nancy J. March<br>One S.Church Avenue<br>Suite 1000<br>Tucson, AZ 85701-1627 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BANK OF AMERICA<br>PO BOX 982238<br>El Paso TX 79998 | ELAN FINANCIAL SERVICES<br>777 E. WISCONSIN AVENUE<br>Milwaukee WI 53202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | (u)MED CARE AIR LOS CABOS<br>ZARAGOZA S-N, COL. 5 de FEBRERO<br>SAN JOSE DEL CABO, BAJA CALIFORNIA SUR | (u)MEDICA LOS CABOS<br>ZARAGOZA S-N, COL. 5 de FEBRERO<br>SAN JOSE DEL CABO, BAJA CALIFORNIA SUR |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45