SIGNED.

Dated: October 12, 2023

*Paul Sala, Bankruptcy Judge*

# IN THE UNITED STATES BANKRUPTCY COURT FOR

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>**CATHERINE ANNE WILLIAMSON,**<br><br>Debtor.<br><br>In Re:<br><br>**ROBERT LANCASTER WILLIAMSON, III,**<br><br>Debtor.<br><br>This pleading applies to the case or cases as noted above. | CASE NO. 2:15-bk-15653<br>                2:16-bk-00788<br><br>**CHAPTER 13**<br><br>**ORDER PERMITTING WITHDRAWAL OF MARK WESBROOKS AND THE WESBROOKS LAW FIRM, P.L.L.C., AS LEGAL COUNSEL FOR DEBTORS**<br><br>**(Jointly Administered)** |

The Court, having received the Motion to Withdraw filed by Mark Wesbrooks, and The Wesbrooks Law Firm, PLLC ("Debtors' Counsel), and having considered the grounds set forth in the Motion, and understanding that the Motion is brought pursuant to E.R. 1.16(a) and (b), makes the following Orders:

IT IS ORDERED, granting the Motion to Withdraw, relieving Mark Wesbrooks and The Wesbrooks Law Firm, PLLC, from any further responsibility in the jointly administered cases.

The Court is advised that the Debtors' current contact information is as follows:

Catherine Williamson
2272 S. McClelland Pl.
Chandler, AZ. 85286
Phone: (602) 769-2120
cate@rwiii.com

Robert Williamson, III
2272 S. McClelland Pl.
Chandler, AZ. 85286
Phone: (214) 215-1416
robert@rwiii.com

Counsel for the Debtor shall serve a copy of this Order upon the Debtor, advising Debtor of any scheduled hearings or deadlines in the case.

***AS DATED AND SIGNED ABOVE***